Exhibit C



Exhibit D

