UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
────────────────────────────────────────

THE CAMPAIGN FOR BUFFALO HISTORY,
ARCHITECTURE & CULTURE, INC.,

        Petitioner,

vs.                                  Civil Action No: 1:12-cv-00605

BUFFALO AND FORT ERIE PUBLIC BRIDGE     New York State Supreme Court
AUTHORITY,                                Erie County Index No.:  I2012-1976

        Respondent.
────────────────────────────────────────

## CERTIFICATE OF SERVICE

        I hereby certify that on June 27, 2012, I caused to be electronically filed the foregoing:  **Defendant's/Respondent's Verified Answer to Verified Petition of The Campaign for Buffalo History, Architecture & Culture, Inc., w**ith the Clerk of the District Court using its CM/ECF system, and caused to be served by personal delivery to the following:

        Richard J. Lippes, Esq.
        *Attorney for Petitioner*
        1109 Delaware Avenue
        Buffalo, New York 14209

        Richard G. Berger, Esq.
        *Attorney for Petitioner*
        403 Main Street, Suite 705
        Buffalo, New York 14203

Dated:        Buffalo, New York
                June 27, 2012

                                              PHILLIPS LYTLE LLP

                                              By     *s/ Kevin M. Hogan*
                                                      Kevin M. Hogan
                                                      Adam S. Walters
                                           Attorneys for Respondent
                                           3400 HSBC Center
                                           Buffalo, NY  14203
                                           Telephone:  (716) 847-8400
                                           khogan@phillipslytle.com
                                           awalters@phillipslytle.com

Doc # 01-2588047.1