UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE CAMPAIGN FOR BUFFALO HISTORY,
ARCHITECTURE & CULTURE, INC.

                                               Petitioner,

            vs.

BUFFALO AND FORT ERIE PUBLIC BRIDGE
AUTHORITY,

                                     Respondent.

**CPLR 7804(e)**
**CERTIFICATION OF**
**THE RECORD OF**
**PROCEEDINGS**

Civil Action No.: 1:12-cv-00605

New York State Supreme Court
Erie County Index No.
I2012-1976

           On behalf of Respondent, THE BUFFALO AND FORT ERIE PUBLIC BRIDGE

AUTHORITY, I, RON RIENAS, GENERAL MANAGER, certify that the documents bate-

stamped PBA000001 through PBA000992 copies of which are attached hereto, constitute the

record of the proceedings before the Buffalo and Fort Erie Public Bridge Authority in this

proceeding.

                                       s/ Ron Rienas
                                       RON RIENAS
                                       General Manager
                                       Buffalo and Fort Erie Public Bridge Authority

Sworn to before me this
27th day of June, 2012

s/ Patti J. Schifferle
Patti J. Schifferle
Notary Public, State of New York
Qualified in Niagara County
My Commission Expires October 15, 2014

Dated: June 27, 2012

PHILLIPS LYTLE LLP


By s/ Kevin M. Hogan
      Kevin M. Hogan
      Adam S. Walters
Attorneys for Respondent
3400 HSBC Center
Buffalo, NY  14203
Telephone:  (716) 847-8400
khogan@phillipslytle.com
awalters@phillipslytle.com


Doc # 06-73386.1