UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THE CAMPAIGN FOR BUFFALO HISTORY,
ARCHITECTURE & CULTURE, INC.,

                Petitioner,

      vs.

BUFFALO AND FORT ERIE PUBLIC BRIDGE
AUTHORITY,

               Respondent.
_____

Civil Action No: _____

New York State Supreme Court
Erie County Index No.:  I2012-1976

# Certified Record of Proceedings

# Part 9

subdivided this property into individual lots and drew a radial street plan centered on what is now known as Niagara Square. As settlers moved in, they changed the name of the Village to Buffalo, and replaced the Dutch names of streets in Ellicott's plan to names that would reflect the village's American frontier character. The tiny village would grow to a few hundred residents before being burned to the ground by the British on New Year's Eve in 1813.

In 1810 New York State formed the Erie Canal Commission to explore the possibility of constructing a canal connecting the East Coast with the shores of Lake Erie.
The decision of where to locate the canal's western terminus was a source of controversy that would not be resolved as easily. People such as Samuel Wilkeson, William Peacock, and Ebenezer Johnson became powerful advocates of harbor construction in Buffalo. By 1825 the improvements of the harbor were completed highlighted by a limestone-timber pier constructed at the mouth of Buffalo Creek that replaced an earlier pier that fell into the lake during a flood.[8]  This sheltered the waterway from the lake and prevented sand from accumulating at the harbor's entrance. This pier remains in place today, still serving its original purpose.

Thanks to the work of Joseph Ellicott and his associates, Buffalo now possessed the necessary infrastructure for port activity and, perhaps more importantly, was home to an emerging, politically active, elite leadership class. These two ingredients would be necessary in order for Buffalo to achieve the rapid growth that would follow the opening of the Erie Canal. Between the years 1810 and 1860, Buffalo went from a sleepy frontier village of about 1,500 people, to a bustling, densely populated port city of over 81,000 people. The new arrivals were a diverse group of people from different classes and ethnic backgrounds who were attracted to Buffalo by the push from their homeland and the pull of opportunity from commerce. Much of Buffalo's present day cultural identity, economic activity, architecture, as well as the spatial development of the city have their roots in the social development that occurred as a result of the rise of commerce in the nineteenth century.

When the Erie Canal opened in 1825, it opened America's Midwestern frontier to new settlement. As people flowed west, cargo poured back east with Buffalo in prime position to transfer these goods from Great Lakes vessels to canal barges. The Erie Canal allowed freight to be shipped at one tenth the cost of prior overland shipment.[9] Within a few years, railroad companies established lines in Buffalo to supplement, and compete with the canal. These would greatly expand Buffalo's shipping capacity as the city could handle more cargo and maintain shipping routes during winter months when the lake and canal were frozen. The Buffalo-Niagara Falls railroad line opened in 1842 connecting the two cities along a route along the shore of the Niagara River. The line crossed the canal at

---

[8]Stone, William L., and George W. Clinton. *The Holland Land Co., and Canal Construction, in Western New York Buffalo-Black Rock Harbor Papers, Journals and Documents.* Buffalo: Anton and Times, 1910, p173.
[9] Dunn, Edward T. *A History of Railroads in Western New York.* Buffalo, NY: Canisius College, 2000, p2.

a site immediately beneath Fort Porter. The combination of rail and canal traffic enhanced the region's growth leading to more immigration and more investment.

Buffalo quickly became the dominant port in the Great Lakes for the transshipment of grain to the east from the farms of the Midwest. Grain had to be unloaded from large, Great Lakes vessels, stored, and then reloaded onto smaller canal boats. The storage problem was solved with the invention by Joseph Dart and Robert Dunbar of the steam powered "Dart Elevator". Joseph Dart's bucket elevator raised grain from lake boats to storage bins where it could be stored before being lowered for milling or transshipment. Erected in 1842 it was the first of its kind in the world. The "marine tower" was a further improvement that allowed grain to be unloaded quickly from the lack boar. The "arm" of the marine tower would be lowered into the hull of the lake boat and "scoops" attached to a vertical conveyor removed the grain and transported it for storage in the bins. Soon after, numerous grain elevators rose up along the Buffalo River. By 1875 Buffalo was the largest grain port in the world and by 1900 it was the third largest port of any kind in the United States.

The increased shipping capacity led to an explosion in the demand for real estate along Buffalo's waterfront. Conditions along the canal and harbors became crowded and polluted from all of the various users competing for space along Buffalo's transshipment network. The poor conditions contributed to the desire to dedicate large portions of the city into parkland. In the 1870s, Frederick Law Olmstead designed a network of parks and parkways throughout the city including The Front, The Bank and Porter Avenue. *The Front* was the original name for what would become known as Front Park. Front Park was placed on a triangular shaped parcel atop a bluff overlooking the confluence of the Niagara River and Lake Erie. The park was built around Fort Porter which became situated at the new park's northern edge. The "Castle", modeled after a Scottish castle and part of Fort Porter added to the picturesque qualities of the setting.[10] Olmsted's original vision for the park was that it would integrate Fort Porter into *The Front's* landscape, and between 1884 and 1885 a public drive was opened through the grounds of Fort Porter, allowing additional access to and views of the Niagara River. At this time scenic areas of the fort were freed up for park use. *The Front* and Fort Porter were an integrated landscape. In 1895 Front Avenue, the western boundary of the park and fort, was designated as a parkway. Porter Avenue was a greenway that, along with Richmond Avenue, connected Front Park with Delaware Park. Front Park, its associated parkways, and Fort Porter created a bucolic refuge along a waterfront dominated by commerce.

---

[10] In 1836 Colonel James McKay built "The Castle", modeled after a Scottish castle, complete with towers and crenellations on a bluff overlooking Lake Erie and the Niagara River, and Canada. The site was considered a relatively strategic military site, and in 1841 the house and land became part of a government acquisition of land that would become Fort Porter, named after General Peter B. Porter. The residence was used as the Commandant's Quarters and a square masonry single-story redoubt 62' square with crenelated walls, surrounded by a moat and large earthworks was constructed. It burned in November 1863. During the Civil War it was used as Headquarters of the 74th Regiment, NYNG and barracks were constructed. The Fort was active during the Spanish American War (1898), and World War I (1917-1918, the war began in Europe in 1914). After World War I it was used as US General Hospital 4 for returning wounded.

The presence of the park and parkway, and Fort Porter resulted in a dramatically different form of development taking place in the surrounding neighborhood. Much of the land along the harbor and adjoining railroad line was filled with factories, shipyards, freight houses, grain elevators and modest worker housing. The area of the waterfront along Front Park became sought after by the city's emerging upper class who built large homes and opulent mansions in this neighborhood in Buffalo's West Side. It became an exclusive residential enclave on a waterfront that was otherwise used for transshipment.

The role of the neighborhood around Front Park and Fort Porter as an exclusive enclave was relatively short lived. As Buffalo's railroads increased the city's capacity as a port, it also enabled large-scale industrial production. These industries established massive factories which were a significant factor in attracting a second wave or European immigrants to Buffalo. Thousands of mostly Italian newcomers poured into Buffalo's West Side between the 1890s and 1920s. Large houses were subdivided into apartment buildings and multi-family properties were constructed wherever space could be found. This transformed the area around Front Park from a wealthy waterfront retreat to a bustling immigrant community.

In 1927, the Peace Bridge was constructed with its United States landing built over the "Bank" section of Front Park. Front Avenue was renamed Busti Avenue in 1929. In 1949, the Niagara Thruway was constructed over the Erie Canal portion of the Park effectively separating it from the lake and river. In 1926 Fort Porter was sold and the buildings demolished to provide approaches for the new Peace Bridge. The Castle, which was located on bridge land was moved by the city and used by the Buffalo Parks Department. When the Peace Bridge plaza was expanded in 1953 the Castle was demolished.

### *Building History*

The parcel of land on which the residence at 793 Busti Avenue was constructed is first recorded in the Abstract of Title on September 22, 1835. The parcel is owned by a number of individuals, including the "The Rector, Church Wardens and Vestrymen of Saint Mary's Church of the City of Buffalo", who also owned three parcels to the south.[11] By September 1876 the parcel was sold to Jacob Davis and John Irlbacker.

Jacob Davis and John Irlbacker owned "Irlbacker & Davis (J.I. & J. D.)" a plumbing, gas and steam fitting company. Although the two owned the parcel at 793 Front Avenue until 1891, neither lived there. Between the years 1876 – 1886 Davis lived at 458 Pearl Street, and  in 1887 he moved to 1320 Main Street, his residence in 1891. Irlbacker resided at 261 Oak Street between 1876 and1887 before moving to 704 Ellicott Street where he was living when the property at 793 Front Avenue was sold. The 1891 G.M. Hopkins Atlas notes "Jacob Davis" as owning the property at 793 Front Avenue, in addition to the two

---

[11] The parcels are listed as "Church Property" on the 1872 Hopkins Atlas.

properties located to the south at 787 and 785 Front Avenue.[12] It is likely that Davis and Irlbacker bought the land and built the residences as investments.

A search of City Directories between 1876 and 1885 show no one residing at 793 Front Street. There is also no record of the address in the 1880 Federal Census. The 1884 G.M. Hopkins & Company Map show a residence on the parcel. In 1886 H. Fletcher Shuttleworth, who worked for the Banner Milling Company and Henry J. Shuttleworth, a banker, are listed in the City Directory as residing at 793 Front Avenue, the previous year they lived at 35 North Pearl.

Between 1887 and 1889 Clarence J. Fillmore, a manager at Gratwick, Smith & Fay Lumber Company in Tonawanda lived at 793 Front Avenue.

The 1890 Federal Census shows Christian Hagen living at 793 Front Avenue, as head of the household, with his two sons and a daughter. A boarder, Beatrice A. Todd also lived in the residence. Hagen took title of the property in January 1891. In 1901 the property was foreclosed upon and sold to John H. and Charles W. Toynbee. Neither Toynbee resided at the property.

At the end of April 1904 Charles and John Toynbee sold the property to James V. McElroy. Interestingly in January 1905 records in the Abstract of Title show the following transaction "James McElroy, bachelor To Anges McElroy". The 1910 Federal Census for 793 Front Avenue lists Agnes as James' wife. McElroy, who is a carpenter, is listed in the 1905 City Directory as residing at 793 Front Avenue. Fred J. Easton, a salesman, also lives at 793 Front Avenue suggesting that the property had been turned into a two family residence by this time.

In 1918 Agnes McElroy sold the property to Pasquale Digiacome and his wife Angela, who lived there until 1920 when they sold it to Domenico Nigrelli, whose legal name was Thomas, and his wife Lucia.[13]  The couple owned the property for the entirety of their lives. The "Petition for Probate of Will" for Domenico, who died on May 8, 1981 was filed on November 27, 1984, leaving the property to Lucia. The Abstract of Title cites the will of Lucy Nigrelli, dated November 24, 1943 and probated on November 28, 1984 as leaving 793 Busti Avenue to her son Salvatore.[14]

In January 1990 Salvatore Nigrelli sold the property to Stephen F. Leous, Susan C. Leous and Thomas P. Cody. In April 1998 the Leous' and Cody sold the property to the Buffalo and Fort Erie Public Bridge Authority.

---

[12] The property that was located at 785 Front Avenue is now a vacant lot. The current address of 787 Front Avenue is now 791 Busti Avenue.

[13] As recorded in the Will of Lucy Nigrelli dated November 24, 1943, which became part of the property title, the Nigrelli's owned a number of properties in the City, including 775, 783 and 787 Busti Avenue.

[14] The property at 775 Busti Avenue was left to her son Russell, while the property at 783 Busti was left to her five sons to "share alike".

793 Busti Avenue, Buffalo, NY, Erie County
(Page 13)

## SOURCES OF INFORMATION

**Drawing**

Drawings were produced for the Clough Harbour & Associates, LLP  *Structural Condition Inspection and Site Analysis Of: 757, 765, 771, 777, 783, 791, & 791 Busti Avenue, Buffalo New York.*

**Bibliography**

Atkins, Barton. *Modern Antiquities, Comprising Sketches of Early Buffalo and the Great Lakes Also Sketches of Alaska*. Buffalo, N.Y.: Courier, Printers, 1898. Print.

*A History of the City of Buffalo, Its Men and Institutions*. Buffalo New York: Buffalo Evening News Publisher, 1908. Print.

Beers, F.W. *Illustrated Historical Atlas of Erie County, New York*, F.W. Beers and Co., Philadelphia, 1880. Print.

Bingham, Robert *W. Cradle of the Queen City: A History of Buffalo to the Incorporation of the City.*  Buffalo Historical  Society, Buffalo, New York, 1931. Print.

*Buffalo 1902 Bird's Eye View*. Landos & Aplos, 1902. Print.

*City Directories for Buffalo, New York*. Buffalo, New York: E.A. Thomas, Franklin Printing House, 1862, 1863. Web. 28 Mar. 2012. <http.//www.fold3.com/>.

------. Buffalo, New York: C.F.S. Thomas, 1864, 1865, 1866. 28 Mar. 2012. <http.//www.fold3.com/>.

------. Buffalo, New York: Thomas Howard and Johnson, 1867, 1868. Web. 28 Mar. 2012. <http.//www.fold3.com/>.

------. Buffalo, New York: Warren Johnson & Co., 1870, 1871, 1872, 1873, 1874. Web. 28 Mar. 2012. <http.//www.fold3.com/>.

------. Buffalo, New York: The Courier Company, 1875 - 1916. Web. 29 Mar. 2012. <http.//www.fold3.com/>.

------. Buffalo, New York: J.W. Clement, 1917 - 1922. Web. 29 Mar. 2012. <http.//www.fold3.com/>.

------. Buffalo, New York: Polk-Clement Directory Co, 1923. Web. 29 Mar. 2012. <http.//www.fold3.com/>.

PBA000365

793 Busti Avenue, Buffalo, NY, Erie County
(Page 14)

SOURCES OF INFORMATION
(cont.)

------. Buffalo, New York: Polk-Clement Directory Co, 1924 - 1931. Buffalo and Erie
County Historical Society. Microform.

------. Buffalo, New York: Polk-Clement Directory Co, 1932 - 1960. Print.

City of Buffalo Preservation Board. *Application for Landmark/Landmark Site 771 Busti
Avenue*. Rep. Buffalo: City of Buffalo Preservation Board, 2009. Print.

Cutter, William R., *Genealogical and Family History of Western New York*. New York:
Lewis Historical Pub. Co., 1912. Print.

Clough Harbour & Associates, LLP. *Structural Condition Inspection and Site Analysis Of:
757, 765, 771, 777, 783, 791, & 791 Busti Avenue, Buffalo New York*. Tech.
Buffalo, NY: CHA, 2009. Print.

Dunn, Edward T. *A History of Railroads in Western New York*. Buffalo, NY: Canisius
College, 2000. Print.

Dunn, Walter S. *History of Erie County, 1870-1970.* [Buffalo]: Buffalo and Erie County
Historical Society, 1972. Print.

"Fort Porter." *New York State Military Museum and Veterans Research Center*. NYS
Division of Military and Naval Affairs, 20 Feb. 2006. Web. 4 Apr. 2012.
<http://dmna.ny.gov/forts/fortsM_P/porterFort.htm>.

"Fort Porter 'The Castle'". *Western New York*. Web. 4 Apr. 2012.
<http://wnyheritagepress.org/photos_week_2004/fort_porter_castle.htm>.

Geil, Samuel. *Map of Erie County*. Gillette, Matthews and Co., Philadelphia, 1855. Print.

Grasso, Thomas X. *The Erie Canal's Western Terminus: Commercial Slip, Harbor
Development and Canal District*. Buffalo, NY: Canal Society of New York State,
2008. Print.

Hopkins, Griffith Morgan. *Atlas of the City of Buffalo, Erie Co., New York: From Actual
Surveys & Official Records.* Philadelphia: G.M. Hopkins, 1872. Print.

------. *Atlas of the City of Buffalo, Erie Co., New York: From Actual Surveys & Official
Records.* Philadelphia: G.M. Hopkins, 1891. Print.

------. *Atlas of the City of Buffalo, Erie Co., New York: From Actual Surveys & Official
Records.* Philadelphia: G.M. Hopkins, 1893. Print

793 Busti Avenue, Buffalo, NY, Erie County
(Page 15)

SOURCES OF INFORMATION
(cont.)

Larned, J.N., Hon. Charles E. Fitch, and Hon. Ellis H. Roberts. *A History of Buffalo, Delineating the Evolution of the City; with Sketches of the City of Rochester by the Hon. Charles E. Fitch, and the city of Utica by the Hon. Ellis H. Roberts,* 2 Volumes. The Progress of the Empire State Company, New York, 1911. Print.

*Memorial and Family History of Erie County, New York:  Biographical and Genealogical.* New York:  Genealogical Publishing Co., 1906-1908. Print.

Mott, Edward Harold. *Between the Oceans and the Lakes:  The Story of Erie.* New York: John S. Collins, Publisher, 1899. Print.

Mueller, B. H. *Atlas of the City of Buffalo, Erie County, New York.*  New York: American Atlas, 1894. Print.

Murphy, Dan. *Nickel City Drafts: A Drinking History of Buffalo, NY*. Buffalo, NY: Western New York Wares, 2010. Print.

*New York, Erie County Census - 1855, 1865, 1875*. Hamburg, New York: Hamburg Historical Society. Web. 23 Mar. 2012. <http://www.ancestry.com/>.

Preservation Coalition of Erie County. *Application for Landmark Site Status For:  The Calumet Building*.  Submitted to the Buffalo Preservation Board, Buffalo, New York, 1989. Print.

*Sanborn Fire Insurance Map, Buffalo, New York, 1889, 1899, 1925, and 1951.* Pelham, New York: Sanborn Map Company, 1981. Print.

Smith, Perry H., ed. *History of Buffalo and Erie County 1620 -1884 with Illustrations*. Syracuse, New York: D. Mason and Co., Publishers, 1884. Print.

Stone, William L., and George W. Clinton. *The Holland Land Co., and Canal Construction, in Western New York Buffalo-Black Rock Harbor Papers, Journals and Documents.* Buffalo: Anton and Times, 1910. Print.

Stone & Stewart. *New Topographical Atlas of Erie County, N. Y. From Actual Surveys Especially for This Atlas.* Philadelphia: Stone & Stewart, 1866. Print.

*The Commercial Advisor Directory for the City of Buffalo*. Buffalo, New York: R. Wheeler & Co., 1861. Web. 28 Mar. 2012. <http://www.fold3.com/>.

The Sear-Brown Group. *Adaptive Reuse Study for 771 Busti Avenue*. Rep. Rochester: Sear Brown Group, 1997. Print.

793 Busti Avenue, Buffalo, NY, Erie County
(Page 16)

SOURCES OF INFORMATION
(cont.)

Ticor Title Guarantee. *Abstract of Title No.: 5098-02282.*  793 Busti, Buffalo, New York. Buffalo, New York.

United States of America. *1870 U.S. census, population schedules.* NARA microfilm publication M593, 1,761 rolls. Washington, D.C.: National Archives and Records Administration, n.d. Web. 23 Mar. 2012. <http://www.ancestry.com/>.

------. *Tenth Census of the United States, 1880.* (NARA microfilm publication T9, 1,454 rolls). Records of the Bureau of the Census, Record Group 29. National Archives, Washington, D.C. Web. 23 Mar. 2012. <http://www.ancestry.com/>.

------. Bureau of the Census. *Twelfth Census of the United States, 1900.* Washington, D.C.: National Archives and Records Administration, 1900. T623, 1854 rolls. Web. 24 Mar. 2012. <http://www.ancestry.com/>.

------. Bureau of the Census. *Thirteenth Census of the United States,* 1910 (NARA microfilm publication T624, 1,178 rolls). Records of the Bureau of the Census, Record Group 29. National Archives, Washington, D.C. Web. 23 Mar. 2012. <http://www.ancestry.com/>.

------. Bureau of the Census. *Fourteenth Census of the United States, 1920.* (NARA microfilm publication T625, 2076 rolls). Records of the Bureau of the Census, Record Group 29. National Archives, Washington, D.C. Web. 24 Mar. 2012. <http://www.ancestry.com/>.

------. Bureau of the Census. *Fifteenth Census of the United States, 1930.* Washington, D.C.: National Archives and Records Administration, 1930. T626, 2,667 rolls. Web. 25 Mar. 2012. <http://www.ancestry.com/>.

------. Bureau of the Census. *Sixteenth Census of the United States, 1940.* Washington, D.C.: National Archives and Records Administration, 1930. T627, 4,643 rolls. Web. 25 Mar. 2012. <http://www.ancestry.com/>.

United States. United Stated Geological Survey.  *Buffalo, NE New York 7.5 Minute Series Quadrangle,* 1965. Print.

------. United Stated Geological Survey.  *Buffalo, NW New York 7.5 Minute Series Quadrangle,* 1965. Print.

FIGURES

List of Figures:

**Figure 1.** The General Location of Busti Avenue (aka Sixth Street and Front Avenue) in western New York State.

**Figure 2.** Overview map of the location of 793 Busti Avenue (aka Sixth Street and Front Avenue) on the 1965 Buffalo SW, New York USGS 7.5 Minute Series Quadrangle.

**Figure 3.** Sixth Street (aka Front Avenue and Busti Avenue) on the 1872 G. M. Hopkins & Company Atlas of the City of Buffalo. Note: There are no buildings at 793 Sixth Street.

**Figure 4.** 1889 *Fire Insurance Map of Buffalo, N.Y.*, volume 1 sheet 39b (Sanborn Map Company).

**Figure 5.** 1894 City of Buffalo Atlas, Volume 2, Plate 28 showing detailed view of 793 Front Avenue (aka Sixth Street and Busti Avenue).

**Figure 6.** 1899 *Fire Insurance Map of Buffalo, N.Y.*, volume 1 sheet 71 (Sanborn Map Company).

**Figure 7.** Portion of 1902 Landis & Alsop Bird's Eye View of Buffalo showing general context for 793 Front Avenue (aka Sixth Street and Busti Avenue).

**Figure 8.** Detail from 1902 Landis & Alsop Bird's Eye View of Buffalo showing 793 Front Avenue (aka Sixth Street and Busti Avenue).

**Figure 9.** 1925 *Fire Insurance Map of Buffalo, N.Y.*, volume 1A sheet 137 (Sanborn Map Company).

**Figure 10.** 1925 *Fire Insurance Map of Buffalo, N.Y.*, volume 1A sheet 149 (Sanborn Map Company) Showing Fort Porter. Note Approximate Location of 793 Front Avenue (aka Sixth Street and Busti Avenue).

**Figure 11.** 1951 *Fire Insurance Map of Buffalo, N.Y.*, volume 1A sheet 137 (Sanborn Map Company).

**Figure 12.** 1951 *Fire Insurance Map of Buffalo, N.Y.*, volume 1A sheet 149 (Sanborn Map Company) Showing Peace Bridge. Note Approximate Location of 793 Busti Avenue (aka Sixth Street and Front Avenue).

PBA000369

793 Busti Avenue, Buffalo, NY, Erie County
(Page 18)



**Figure 1.**  The General Location of Busti Avenue (aka 6th Street and Front Avenue) in western New York State.



**Figure 2.**  Overview map of the location of 793 Busti Avenue (aka 6th Street and Front Avenue) on the 1965 Buffalo SW, New York USGS 7.5 Minute Series Quadrangle.

PBA000370

793 Busti Avenue, Buffalo, NY, Erie County
(Page 19)



**Figure 3.** Sixth Street (aka Front Avenue and Busti Avenue) on the 1872 G. M. Hopkins & Company
Atlas of the City of Buffalo. Note: There are no buildings at 793 Sixth Street.



**Figure 4.** 1889 *Fire Insurance Map of Buffalo, N.Y.*, volume 1 sheet 39b (Sanborn Map Company).

PBA000371

793 Busti Avenue, Buffalo, NY, Erie County
(Page 20)



**Figure 5.** 1894 City of Buffalo Atlas, Volume 2, Plate 28 showing detailed view of 771 Front Avenue (Busti Avenue).

PBA000372



**Figure 6.**  1899 *Fire Insurance Map of Buffalo, N.Y.*, volume 1 sheet 71 (Sanborn Map Company).



**Figure 7.**  Portion of 1902 Landis & Alsop Bird's Eye View of Buffalo showing general context for 793
Front Avenue (aka Sixth Street and Busti Avenue).

793 Busti Avenue, Buffalo, NY, Erie County
(Page 22)



**Figure 8.** Detail from 1902 Landis & Alsop Bird's Eye View of Buffalo showing 793 Front Avenue (aka Sixth Street and Busti Avenue).



**Figure 9.** 1925 *Fire Insurance Map of Buffalo, N.Y.*, volume 1A sheet 137 (Sanborn Map Company).

PBA000374

793 Busti Avenue, Buffalo, NY, Erie County
(Page 23)



**Figure 10.** 1925 *Fire Insurance Map of Buffalo, N.Y.*, volume 1A sheet 149 (Sanborn Map Company)
Showing Fort Porter. Note Approximate Location of 793 Front Avenue (aka Sixth Street and
Busti Avenue).



**Figure 11.** 1951 *Fire Insurance Map of Buffalo, N.Y.*, volume 1A sheet 137 (Sanborn Map Company).

PBA000375

793 Busti Avenue, Buffalo, NY, Erie County
(Page 24)



**Figure 12.** 1951 *Fire Insurance Map of Buffalo, N.Y.*, volume 1A sheet 149 (Sanborn Map Company) Showing Peace Bridge. Note Approximate Location of 793 Busti Avenue (aka Sixth Street and Front Avenue).

**793 BUSTI AVENUE
PHOTO CAPTIONS**

**PHOTO 1**

Exterior

West elevation looking east. Note proportional difference between window triplet at first and second floors.

**PHOTO 2**

Exterior

West and south elevations looking northeast.

**PHOTO 3**

Exterior

South elevation looking northwest showing fenestration.

**PHOTO 4**

Exterior

South elevation first floor window looking northwest. Note first floor windows are typically six-over-one. Second floor windows are typically two-over-two.

**PHOTO 5**

Exterior

South elevation second floor window. Note second floor windows are typically two-over-two. First floor windows are typically six-over-one.

**PHOTO 6**

Exterior

West and north elevations looking southeast. Note differences in lights at second and first floor windows. Also porch posts and detail not consistent with side porch north elevation.

**PHOTO 7**

Exterior

North elevation looking south.

PBA000377

793 Busti Avenue, Buffalo, NY, Erie County
(Page 26)

**793 BUSTI AVENUE
PHOTO CAPTIONS**

**PHOTO 8**

Exterior

East and north elevations looking southwest showing hip-roofed addition at east gable.
Note turned post and fascia detailing at porch.

**PHOTO 9**

Exterior

Side porch at north elevation looking south showing turned post and fascia detailing.
Note patching at second floor window suggesting an alteration of original fenestration.

**PHOTO 10**

Exterior

Detail showing intersection of eaves at addition to east gable, north elevation.

**PHOTO 11**

Exterior

Detail showing change in foundation material at north elevation looking south.

**PHOTO 12**

Exterior

North elevation garage looking south.

**PHOTO 13**

Interior Main Hall/Stair

Entry hall looking east.

**PHOTO 14**

Interior Main Hall/Stair

Detail of newel post.

PBA000378

**793 BUSTI AVENUE
PHOTO CAPTIONS**

**PHOTO 15**

Interior Main Hall/Stair

  Entry hall looking southwest showing detail at stringer, and turned posts

**PHOTO 16**

 Interior Main Hall/Stair

  Door under stair providing access to basement looking southwest.

**PHOTO 17**

 Interior Main Hall/Stair

  Entry hall looking west toward door.

**PHOTO 18**

Interior Main Hall/Stair

  Midpoint of stair looking northwest showing handrail, tread and detail at ceiling-wall
  junction.

**PHOTO 19**

 Interior Main Hall/Stair

  Looking west from stair showing ornamental detailing at ceiling-wall junction.

**PHOTO 20**

 Interior Main Hall/Stair

  Looking west from stair showing main entrance and door to front parlor.

**PHOTO 21**

Interior Main Hall/Stair

  Detail, ornamental plaster cornice and modillion entry hall looking east.

**PHOTO 22**

Interior Main Hall/Stair

  Detail of ornamental plaster cornice, entry hall looking northeast.

**793 BUSTI AVENUE
PHOTO CAPTIONS**

**PHOTO 23**

Interior Main Hall/Stair

Stair detail where landing meets first floor ceiling.

**PHOTO 24**

Interior Main Hall/Stair

Detail of door surround and baseboard at entry to front parlor,  southeast face. Note patch at baseboard. Typical four areas at opening.

**PHOTO 25**

Interior Main Hall/Stair

Detail of door surround and baseboard at entry to front parlor, southwest face. Note patch at baseboard. Typical four areas at opening.

**PHOTO 26**

Interior First Floor  Front Parlor

Detail of door surround and baseboard at entry to front parlor, northeast face. Note patch at baseboard. Typical four areas at opening.

**PHOTO 27**

Interior First Floor Front Parlor

Detail of door surround and baseboard at entry to front parlor, northwest face. Note patch at baseboard. Typical four areas at opening.

**PHOTO 28**

Interior First Floor Front Parlor

Looking south from front parlor, first floor apartment. Note patching at baseboard

**PHOTO 29**

Interior First Floor Front Parlor

Front parlor, first floor apartment looking southwest toward entrance.

PBA000380

**793 BUSTI AVENUE
PHOTO CAPTIONS**


**PHOTO 30**

Interior First Floor Front Parlor

  Front parlor first floor apartment looking northeast towards back parlor.


**PHOTO 31**

Interior First Floor Front Parlor
  View from back parlor to front parlor looking southwest, first floor apartment


**PHOTO 32**

Interior First Floor Back Parlor
  View to front parlor from back parlor looking west, first floor apartment.


**PHOTO 33**

Interior First Floor Back Parlor

  Back parlor looking northeast toward kitchen.


**PHOTO 34**

Interior First Floor Back Parlor
  Looking south from back parlor into bedrooms.


**PHOTO 35**

Interior First Floor Back Parlor

  Door to bedroom from back parlor first floor apartment showing area where baseboard
  was patched to infill door. Looking south.


**PHOTO 36**

Interior First Floor Back Parlor

  Detail of door surround and baseboard at entry to bedrooms from back parlor, northeast
  face. Note patch at baseboard. Typical four areas at opening.

PBA000381

793 Busti Avenue, Buffalo, NY, Erie County
(Page 30)

**793 BUSTI AVENUE**
**PHOTO CAPTIONS**

**PHOTO 37**

Interior First Floor Bedrooms

East bedroom looking east toward door to kitchen (north) and back service corridor (south).

**PHOTO 38**

Interior First Floor Bedrooms

West bedroom looking northeast toward east bedroom and entrance to back parlor.

**PHOTO 39**

Interior First Floor Bedrooms

East bedroom looking east showing ornamental plaster cornice above dropped ceiling. Note detailing is similar to entrance hall.

**PHOTO 40**

Interior First Floor Bedrooms

Detail of ornamental plaster cornice along north wall, east bedroom.

**PHOTO 41**

Interior First Floor Bedrooms

Utility closet looking southeast.

**PHOTO 42**

Interior First Floor Side Entry Hall

View looking west toward parlors from hall connecting to kitchen

**PHOTO 43**

Interior First Floor Side Entry Hall

View into kitchen from back parlor looking southeast showing service stair to second floor.

793 Busti Avenue, Buffalo, NY, Erie County
(Page 31)

**793 BUSTI AVENUE**
**PHOTO CAPTIONS**

**PHOTO 44**

Interior First Floor Kitchen

Looking west from kitchen. Note hall to back parlor is to the north (right) and hall to bedroom spaces is to the south (left).

**PHOTO 45**

Interior First Floor Kitchen

Kitchen looking southeast toward pantry. Note bathroom along south wall.

**PHOTO 46**

Interior First Floor Kitchen

Bathroom to south of kitchen first floor.

**PHOTO 47**

Interior First Floor Pantry

View into northeast corner pantry from kitchen.

**PHOTO 48**

Interior First Floor Pantry

View toward built-in cabinets along north wall of pantry.

**PHOTO 49**

Interior First Floor Pantry

View into southeast corner pantry from kitchen.

**PHOTO 50**

Interior Second Floor Main Stair

Looking west from top of stair. Note stair to attic located to the north (right).

**PHOTO 51**

Interior Second Floor Main Stair

View from second floor landing looking west showing original ceiling height.

PBA000383

**793 BUSTI AVENUE
PHOTO CAPTIONS**

**PHOTO 52**

Interior Second Floor

Doors at second floor landing looking north. Note detailing of threshold and door surround to east (right) suggests alterations.

**PHOTO 53**

Interior Second Floor

Doors at second floor landing looking north. Note detailing of door surround to east (right) suggests alterations.

**PHOTO 54**

Interior Second Floor Kitchen

Looking northeast from kitchen toward back parlor and corridor accessing bedroom wing.

**PHOTO 55**

Interior Second Floor Back Parlor

Looking northwest from back parlor towards front parlor.

**PHOTO 56**

Interior Second Floor Back Parlor

Fireplace north wall back parlor looking northwest.

**PHOTO 57**

Interior Second Floor Back Parlor

Looking south from back parlor toward door at top of stair landing. Note "Moorish" arch.

**PHOTO 58**

Interior Second Floor Parlors

Looking southwest from back parlor towards front parlor.

PBA000384

**793 BUSTI AVENUE
PHOTO CAPTIONS**

**PHOTO 59**

Interior Second Floor Front Parlor

Front parlor second floor apartment looking northeast.

**PHOTO 60**

Interior Second Floor Front Parlor

Looking southeast  from front parlor to back parlor. Entry to kitchen is at southeast
corner of back parlor.

**PHOTO 61**

Interior Second Floor Front Parlor

Front parlor, second floor apartment looking southeast. Note stair to attic.

**PHOTO 62**

Interior Second Floor Back Parlor

Front parlor second floor apartment looking northeast.

**PHOTO 63**

Interior Second Floor Bedroom Wing

Looking east from kitchen to bedroom wing corridor. Note door to back stair to north
(left).

**PHOTO 64**

Interior Second Floor Bedroom Wing

Back stair to first floor looking north.

**PHOTO 65**

Interior Second Floor Bedroom Wing

Looking west from bedroom wing to kitchen and main stair.

**PHOTO 66**

Interior Second Floor Bedroom Wing

Looking north toward bathroom and bedroom wing.

PBA000385

793 Busti Avenue, Buffalo, NY, Erie County
(Page 34)

## 793 BUSTI AVENUE
## PHOTO CAPTIONS

**PHOTO 67**

Interior Second Floor Bedroom Wing

Looking northeast into bedroom. Typical.

**PHOTO 68**

Interior Second Floor Bedroom Wing

Looking east from within corridor toward built-in linen closet and bedroom space.

**PHOTO 69**

Interior Attic Stair

Looking west toward attic from second floor.

**PHOTO 70**

Interior Attic

Finished attic space with skylight looking east.

**PHOTO 71**

Interior Attic

Unfinished attic space looking east.

**PHOTO 72**

View Shed

Looking north toward Hutchinson Memorial Chapel and Episcopal Church Home (both are vacant).

**PHOTO 73**

View Shed

Looking northwest toward Peace Bridge Plaza

**PHOTO 74**

View Shed

Looking west.

PBA000386

793 Busti Avenue, Buffalo, NY, Erie County
(Page 35)

**793 BUSTI AVENUE
PHOTO CAPTIONS**

**PHOTO 75**

View Shed

  Looking southwest.

PBA000387

# 793 BUSTI AVENUE
## Photo Angles



N

ATTIC FLOOR

Drawing Adapted from "Structural Conditions
Inspection" CHA.

SECOND FLOOR

FIRST FLOOR



**PHOTO 1**

Exterior

West elevation looking east. Note proportional difference between window triplet at 1st and second floors.



**PHOTO 2**

Exterior

West and south elevations looking northeast.



**PHOTO 3**

Exterior

South elevation looking northwest showing fenestration.

PBA000389



**PHOTO 4**

Exterior

South elevation first floor window looking northwest. Note first floor windows are typically six-over-one. Second floor windows are typically two-over-two.

**PHOTO 5**

Exterior

South elevation second floor window. Note second floor windows are typically two-over-two. First floor windows are typically six-over-one.

**PHOTO 6**

Exterior

West and north elevations looking southeast. Note differences in lights at second and first floor windows. Also porch posts and detail not consistent with side porch north elevation.

PBA000390