UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THE CAMPAIGN FOR BUFFALO HISTORY,
ARCHITECTURE & CULTURE, INC.,

             Petitioner,

     vs.

BUFFALO AND FORT ERIE PUBLIC BRIDGE
AUTHORITY,

           Respondent.
_____

Civil Action No: _____

New York State Supreme Court
Erie County Index No.:  I2012-1976

# Certified Record of Proceedings

# Part 17



KEY:
— ALT 1 Boundary
— ALT 3 (13G-R1) Boundary
—·—·— ALT 3 (23B-R1) Boundary
------ ALT 3 (23B-R2) Boundary

SOURCE: Lovejoy 1853. (Courtesy of the Buffalo and Erie County Historical Society)

**Figure 5-11    The Project Area in 1853**

PBA000901

A Cottage Plan
with Water Closet (WC)

Settling Basin

Flush Tank

Absorption Tiles

HOUSE

Plan View of a Settling Basin,
Flush Tank and Absorption Tiles
for a Small Lot

VERANDA
14 × 30

PARLOR
16 × 23 BAY

DINING ROOM
15 × 23

HALL

PANTRY

GARDEN
ENT.

WC

PRINCIPAL
FLOOR

PORCH

DITCH

Absorption Tile

SOURCE: Demeter 1999.

Figure 5-12    A Pre-sewer Water Closet System

PBA000902

**Figure 5-13a  The Northern Half of the Project Area in 1894**

SOURCE: Brown 1894.

02.001361.PC03.5130/Fig5_13a.CDR4/7/07:GRA

PBA000903



SOURCE: Brown 1894.

Figure 5-13b  The Southern Half of the Project Area in 1894



SOURCE: Davey 1872. (Courtesy of the Buffalo and Erie County Historical Society)

**Figure 5-14     The Project Area in 1872**

PBA000905



**KEY:**
— ALT 1 Boundary
— ALT 3 (13G-R1) Boundary
—·—·— ALT 3 (23B-R1) Boundary
–––––– ALT 3 (23B-R2) Boundary

SOURCE: Beers 1880. (Courtesy of the Buffalo and Erie County Historical Society)

**Figure 5-15       The Project Area Circa 1880**

PBA000906



SOURCE: www.buffalonian.com

**Figure 5-16     The Old Massachusetts Avenue Pumping Station, Circa 1897, Facing Northwest**



SOURCE: Spear, 1977:14.

**Figure 5-18     Horse-drawn Streetcar on Niagara Street with the Buffalo Street Railroad Company's Stables No. 3 in the Background, Circa 1890s, Facing Southwest**



SOURCE: Sanborn Map and Publishing Company Limited 1889. (Courtesy of the Buffalo and Erie County Historical Society)

**Figure 5-17    The Pump House at 888 Columbus Parkway (Seventh Street) in 1889**



SOURCE: Buffalo Evening News 1960a.

**Figure 5-19      Early Electric Streetcar of the Buffalo Street Railroad Company, Circa 1900s**



SOURCE: Buffalo Evening News 1908.

**Figure 5-20      The International Railway Company's Powerhouse at 1010
and 1026 Niagara Street, Circa 1908, Facing West**

PBA000909



SOURCE: Severance 1912.

**Figure 5-21     Demolition of the Blockhouse at Fort Porter on November 17, 1888.
Photograph Taken Prior to Final Blast. Note Administration Building and
Barracks in Background**



SOURCE: Severance 1912.

**Figure 5-22     Church Charity Foundation's Church Home, Circa 1869,
Facing Northwest**



SOURCE: Severance 1912.

**Figure 5-23    Church Charity Foundation's Church Home Prior to Demolition, Circa 1900, Facing Northwest. Note Addition of Third Story**



SOURCE: Retter 1932.

**Figure 5-24    Church Charity Foundation's New Church Home, Circa 1932, Facing Northwest**

PBA000912

# 6 Field Reconnaissance

> [In accordance with Section 304 of the National Historic Preservation Act of 1966 (as amended), this document has been amended to remove site-specific location information about archaeological resources for protective purposes (see 36 CFR 800.11 (c)(1), Protection of Historic Properties; Documentation Standards), prior to its release to the general public.]

Multiple visits to the project area were conducted in March and April 2004. The majority of the ground surface is currently occupied by standing structures and paved surfaces (see the photographs in Attachment B). Almost all of the project area is currently private property. As a result, the field reconnaissance was limited to a visual inspection from public areas (i.e., parks and roadways). One possible archaeological feature was identified during the reconnaissance.

## 6.1 Alternative 1

One possible archaeological feature was observed within the boundary of Alternative 1. This possible archaeological feature consists of a cut stone that was observed at ground surface and appears to be part of the foundation or footer for a former industrial structure.

## 6.2 Alternative 3 (Option 13G-R1)

One feature was observed within the boundary of Alternative 3 (Option 13G-R1). This feature is discussed above in Section 6.1, Alternative 1.

## 6.3 Alternative 3 (Option 23B-R1)

No archaeological or architectural features or artifacts were observed within the boundary of Alternative 3 (Option 23B-R1) during the field reconnaissance.

## 6.4 Alternative 3 (Option 23B-R2)

No archaeological or architectural features or artifacts were observed within the boundary of Alternative 3 (Option 23B-R2) during the field reconnaissance.



Figure 6-1, page 1 of 2 (11 x 17)
**6-1        Photograph Key Map**

In accordance with Section 304 of the National Historic Preservation Act of 1966 (as amended), Figure 6-1, containing site-specific possible archaeological resources associated with historic use of the proposed project area, has been removed for protective purposes (see 36 CFR 800.11 (c)(1), Protection of Historic Properties; Documentation Standards).

# 7 Prehistoric Sensitivity Assessment

[In accordance with Section 304 of the National Historic Preservation Act of 1966 (as amended), this document has been amended to remove site-specific location information about archaeological resources for protective purposes (see 36 CFR 800.11 (c)(1), Protection of Historic Properties; Documentation Standards), prior to its release to the general public.]

## 7.1 Known Prehistoric Archaeological Resources

In addition to reviewing the cultural history of the area as recorded in scholarly sources (see Section 4), data originating from the studies of actual prehistoric sites also were examined in order to evaluate the prehistoric archeological potential of the study area. Specifically, the SPHINX database at OPRHP was examined for prehistoric sites. Furthermore, the New York State Museum (NYSM) files at OPRHP were examined. This data search covered a 3.2-km- (2-mile-) radius area around the Peace Bridge, as well as a 1.6-km- (1-mile-) wide stretch of land along the east shore of the Niagara River between the Peace Bridge and Lake Ontario. In addition, the archaeological site files at the Archaeological Survey at the State University of New York at Buffalo (SUNY Buffalo) were examined for both shores of the Niagara River and portions of Grand Island. The purpose of this data collection was to elucidate the relative intensity of prehistoric utilization of the area and identify the temporal affiliation and types of sites within the study area. It is possible that some of the sites on the SUNY Buffalo and OPRHP files are the same resources.

The search of OPRHP site files identified a total of 148 sites along the Niagara River between the Peace Bridge and Lake Ontario. Prehistoric sites within the study corridor included sites dating to the Archaic Period, the Early, Middle, and Late Woodland Periods, and multiple component sites.

Prehistoric sites in the SUNY Buffalo and OPRHP site files are summarized separately in Tables 7-1 and 7-2 by functional type and cultural affiliation, where possible.


ecology and environment, inc.

**Table 7-1  Prehistoric Sites on the East Bank of the Niagara River (from OPRHP Site Files)**

| | Unidentified | Camp | Village | Cemetery | Mound | Lithic Scatter | Work Shop | Stray Find | Total |
|---|---|---|---|---|---|---|---|---|---|
| Archaic | -- | 1 | -- | -- | -- | -- | -- | -- | 1 |
| Early Woodland | -- | -- | -- | -- | -- | - | -- | -- | 0 |
| Middle Woodland | -- | -- | -- | -- | 1 | -- | -- | -- | 1 |
| Late Woodland | -- | -- | 2 | -- | -- | -- | -- | -- | 2 |
| Multi-Component | 1 | -- | -- | -- | -- | -- | -- | -- | 1 |
| Unidentified Pre-historic | 20 | 1 | 2 | 2 | 1 | 1 | 2 | 1 | 30 |
| **Total** | **21** | **2** | **4** | **2** | **2** | **1** | **2** | **1** | **35** |

**Table 7-2  Prehistoric Sites from Both Banks of the Niagara River and Portions of Grand Island (from SUNY Buffalo Site Files)**

| | Unidentified | Camp | Village | Cemetery | Mound | Lithic Scatter | Work Shop | Stray Find | Total |
|---|---|---|---|---|---|---|---|---|---|
| Archaic | 1 | 3 | -- | -- | -- | -- | | 1 | 5 |
| Early Woodland | 1 | 4 | 1 | -- | -- | -- | 1 | -- | 7 |
| Middle Woodland | 1 | 2 | -- | -- | 2 | -- | -- | -- | 5 |
| Late Woodland | -- | 2 | -- | -- | -- | -- | -- | 1 | 3 |
| Multi-Component | 2 | 5 | 3 | 1 | -- | 2 | | -- | 13 |
| Unidentified Pre-historic | 35 | 8 | 2 | 1 | 2 | 18 | 2 | 12 | 80 |
| Total | 40 | 24 | 6 | 2 | 4 | 20 | 3 | 14 | 113 |

Although no Paleo-Indian or Early Archaic sites are recorded within the SUNY Buffalo site file search area, sites of these types occur elsewhere in the Niagara Frontier, in both Canada and the United States. The majority of prehistoric sites near the project area have an unknown cultural affiliation due to limited excavation and reporting (see Tables 7-1 and 7-2; N=120, 81%). Sites with a known cultural affiliation tend to be multi-component sites (N=14, 9%). Single-component sites with a known cultural affiliation include roughly equally proportions of the following types: Archaic (N=6), Early Woodland (N=7), Middle Woodland (N=6), and Late Woodland (N=5). The preponderance of Early Woodland sites and the dearth of Middle Woodland sites are typical for western New York. Several historic sites (N=12), including historic Native American villages, are reported. The presence of numerous prehistoric campsites and historic and prehistoric villages suggests the locale and region was intensively inhabited throughout the Archaic, Woodland, proto-historic (contact), and early historic Euro-American periods. Therefore, it is reasonable to assume that archaeological sites could exist in the project area, with the understanding that they may have been obliterated by modern land use.

Information for a majority of sites is limited to location only. Many of these sites were recorded by A.C. Parker (1920) as "traces of occupation" or simply as "unidentified prehistoric" sites. Unidentified prehistoric sites form a majority in both site file searches. Other common and somewhat nondescript functional site types



include stray finds (N=15), lithic scatters (N=21), and stone tool 'workshops' (N=5; see Tables 7-1 and 7-2). These terms refer mainly to chipped stone artifacts, primarily debitage, and imply varying site sizes and scales of prehistoric occupation intensity. Stray finds and lithic scatters are small-scale, low-density sites that may denote general areas of archaeological sensitivity, whereas a workshop implies a larger, or more dense collection of artifacts on the landscape. Four mounds, at least two of which date to the Middle Woodland period, provide evidence of specialized uses of the landscape most likely associated with longer-term habitation sites. This interpretation also applies to the few burials and cemeteries. The most numerous functional site type, 'camp', (N=26) is also a subjective term but implies an occupation of some duration and intensity.

## 7.2   Prehistoric Sensitivity Assessment: Alternatives 1 and 3

The culture history of the area (see Section 4) and the results of the site file search unambiguously indicate that intense prehistoric utilization of both shores of the Niagara River took place during all cultural periods. The functional range of the known sites is very substantial and included villages, camps, cemeteries, mounds, lithic scatters, workshops, and stray finds. Other site types are known in the Niagara Frontier, including hamlets, cabins, fishing stations, and ossuaries (Herter 2001:25).

Ethno-historical evidence also strongly suggests that the study area was utilized by Native Americans (see Section 5.1). As an example of this is a Native American grave site found with numerous skeletons lying on their backs, their heads were resting on hatchets, a type that was brought by early French explorers. In addition, a prehistoric artifact—a tertiary chert flake—was found outside of the boundary of Alternatives 1 and 3 (all options).

The quantity and distribution of previously recorded sites noted above, as well as other background research data, suggest that the project area is very likely to have had prehistoric sites within the boundaries of Alternatives 1 and 3 (all options). This generally high sensitivity could be greatly reduced or negated by intrusive historic and modern land use. Practically all surfaces within Alternatives 1 and 3 (all options) have sustained impacts from various types of ground-disturbing operations such as excavation of basements and utility trenches, grading, fill deposition, down cutting, and installation of paved surfaces. However, based on the experiences of Canadian researchers in Fort Erie, Ontario, some site preservation can occur.

In the course of the review of this project, the OPRHP has stated (Herter 2004):

> "It is the experience of the SHPO that intact prehistoric and historic archaeological deposits often exist in urban settings… Even in areas where the topsoil has been disturbed; large, deep features



such as Native American storage/trash pits and Euro-American
wells, privies, and structural remains may survive."

Consequently, the presence or absence of prehistoric sites should be determined
by means of appropriate archaeological testing and field monitoring during con-
struction.

# 8

# Historic Sensitivity Assessment

> [In accordance with Section 304 of the National Historic Preservation Act
> of 1966 (as amended), this document has been amended to remove site-
> specific location information about archaeological resources for protective
> purposes (see 36 CFR 800.11 (c)(1), Protection of Historic Properties; Docu-
> mentation Standards), prior to its release to the general public.]

## 8.1  Known Historic Resources

A site file search at OPRHP was conducted for a 3.2-km- (2-mile-) radius area
around the Peace Bridge, and a site file search for a 1.6-km- (1-mile-) wide corri-
dor along the banks of Niagara River was conducted at OPRHP and the Archaeo-
logical Survey at SUNY Buffalo.  Out of a combined total of 158 sites thus identi-
fied, 10 are historic, four of which are located within 3.2 km (2 miles) of the
Peace Bridge.

Previous research has identified locations within the current U.S Peace Bridge
plaza that have a greater likelihood of containing intact, subsurface deposits asso-
ciated with Fort Porter.  These sites are currently covered with pavement and in-
accessible.

A total of 13 properties located within or adjacent to the footprints of Alternatives
1 and 3 are listed in or are eligible for listing in the NRHP.

### 8.1.1  Alternative 1

Eight historic properties listed in or eligible for listing in the NRHP are within the
footprint of Alternative 1:  the Peace Bridge; the Hutchinson Memorial Chapel
and Episcopal Church Home, both of which are located at 24 Rhode Island Street;
771 Busti Avenue; 776 and 786-788 Columbus Parkway (Seventh Street); and 40-
42, and 44 Massachusetts Street.  Four additional historic properties listed in or
eligible for listing in the NRHP are adjacent to the footprint of Alternative 1:
Front Park; and 802, 804, and 812 Niagara Street (Pierpont 2004) (see the corre-
spondence in Attachment A).



### 8.1.2 Alternative 3 (Option 13G-R1)

Five historic properties listed in or eligible for listing in the NRHP are located within the footprint of Alternative 3 (Option 13G-R1): the Peace Bridge; the Hutchinson Memorial Chapel and Episcopal Church Home, both of which are located at 24 Rhode Island Street; and 40-42 and 44 Massachusetts Street. Two additional historic properties listed in or eligible for listing in the NRHP are located adjacent to the footprint of Alternative 3 (Option 13G-R1): Front Park and 771 /Busti Avenue (Pierpont 2004) (see the correspondence in Attachment A).

### 8.1.3 Alternative 3 (Option 23B-R1)

Three historic properties listed in or eligible for listing in the NRHP are located within the footprint of Alternative 3 (Option 23B-R1): the Peace Bridge; and the Hutchinson Memorial Chapel and Episcopal Church Home, both of which are located at 24 Rhode Island Street. Two additional historic properties listed in or eligible for listing in the NRHP are located adjacent to the footprint of Alternative 3 (Option 23B-R1): Front Park and 771 Busti Avenue (Pierpont 2004) (see the correspondence in Attachment A).

### 8.1.4 Alternative 3 (Option 23B-R2)

One historic property listed in or eligible for listing in the NRHP is located within the footprint of Alternative 3 (Option 23B-R2): the Peace Bridge. Two additional historic properties listed in or eligible for listing in the NRHP are located adjacent to the footprint of Alternative 3 (Option 23B-R2): Front Park and 771 Busti Avenue (Pierpont 2004) (see the correspondence in Attachment A).

## 8.2  Historic Map Analysis Methodology

The historical background research has documented the general historical development that has occurred in the study area as well as specific historical events affecting the footprints of all alternatives that could have resulted in the creation of an archaeological record. The purpose of the historical map research, in the context of this study, is designed to achieve the following objectives:

1. Identify specific locations within the proposed footprints that have the potential to contain archaeological features and deposits that have not been destroyed by subsequent developments.

2. Predict the types and temporal affiliation of such features and deposits.

3. Identify particular historical developments (i.e., multiple construction and demolition episodes) that are likely to have eliminated archaeological records in specific locations.

4. Aid in the interpretation of data gathered in subsequent field investigations.

The historical map research used a series of analytical steps to achieve these goals. These steps, to a significant extent, were determined by the following factors.



First, the large footprint of the study area currently comprises a total of 125 parcels, including 82 in Alternative 1; 93 in Alternative 3 (Option 13G-R1); 11 in Alternative 3 (Option 23B-R1); and six in Alternative 3 (Option 23B-R2). (Due to overlapping configurations, a number of parcels are within the boundaries of two or more alternatives.) These parcels have a complex history of use, development, construction, and demolition. Over the course of two centuries these processes have involved hundreds of structures.

Second, the demolition of earlier structures and subsequent construction of new buildings in their place was commonplace and has affected many of the parcels. This process is evident when comparing the various historical and modern maps that depict the study area. It has been exacerbated by the subdivision of larger historical parcels into modern, typically smaller lots that occurred in the course of long and complex ownership history. Because practically all of the current structures in the study area have basements, it is clear that a very substantial portion of the original surface has been destroyed by excavation. In addition, open spaces associated with current structures have been affected by the installation of water, gas, and sewer lines, construction of driveways and parking lots, and yard landscaping. These processes can be expected to have had a drastic impact on archaeological resources. Consequently, the analytical procedures used in the course of this study were designed to isolate locations that have avoided more severe impacts and, therefore, have a potential for archaeological remains.

The following general steps were undertaken in the course of this analysis:

- Examination of historical mapping,

- Examination of available aerial photography,

- Assessment of historical structures and locations, and

- Review of General Statistical Data.

## 8.3 Map Analysis: Alternative 1

Alternative 1 is roughly bounded by School Street to the north, Prospect Avenue and Niagara Street to the east, Vermont Street to the south, and Busti Avenue to the west. It consists of city blocks 185 and 202, and portions of city blocks 165, 166, 184, 200, 201, and 205. The total area of Alternative 1 is roughly 954,879 square feet (approximately 22 acres, or 9 hectares). It contains 82 parcels with a total area of 4.5 hectares (approximately 11 acres). The remaining 4.5 hectares (approximately 11 acres) of the area is within street rights-of-way. There are currently 87 standing structures within Alternative 1.



### 8.3.1 Map Analysis by Block

#### Block 165
Block 165 is bordered by Rhode Island Street to the northwest, Niagara Street to the northeast, Vermont Street to the southeast, and Columbus Parkway (Seventh Street) to the northwest. The boundary of Alternative 1 incorporates the north-western portion of Block 165 (see Figure 8-2).

The listing of potential sites has been redacted from this document.

#### Block 166
Block 166 is bordered by Rhode Island Street to the northwest, Columbus Parkway (Seventh Street) to the northeast, Vermont Street to the southeast, and Busti Avenue (formerly Front Avenue) to the southwest. The footprint of Alternative 1 incorporates all but the southeastern corner of Block 166 (See Figure 8-2).

The listing of potential sites has been redacted from this document.

#### Block 184
Block 184 is bordered by Niagara Street to the northeast, Rhode Island Street to the southeast, Columbus Parkway (Seventh Street) to the southwest, and Massachusetts Street to the northwest. Block 184 is completely within the footprint of Alternative 1 (see Figure 8-2). Block 184 is also located within the footprint of Alternative 3 (Option 13G-R1).

The listing of potential sites has been redacted from this document.

#### Block 185
Block 185 is bordered by Massachusetts Street to the northwest, Columbus Parkway (Seventh Street) to the northeast, Rhode Island Street to the southeast, and Busti Avenue (formerly Front Avenue) to the southwest. The footprint of Alternative 1 contains all of Block 185. Block 185 also is located entirely within the boundaries of Alternative 3 (Options 13G-R1 and 23B-R1 only

The listing of potential sites has been redacted from this document.

#### Block 200
Block 200 is bordered by Prospect Avenue to the northeast, Massachusetts Street to the southeast, Niagara Street to the southwest, and Hampshire Street to the northwest (see Figures 5-8a, 5-13a, and 8-3b). The boundary of Alternative 1 contains the northwestern corner of Block 200; this corner is also contained with the boundaries of Alternative 3 (Options 23B-R1 and 23B-R2 only).

The listing of potential sites has been redacted from this document.



## Block 201

Block 201 is bordered by Niagara Street to the northeast, Massachusetts Street to the southeast, Columbus Parkway (Seventh Street) to the southwest, and Busti Avenue to the west. Block 201 is entirely within the boundary of Alternative 1. A small, triangular block separated by Hampshire Street is included as part of Block 201.

The listing of potential sites has been redacted from this document.

## Block 202

Block 202 is a small, triangular block bordered by Columbus Parkway (Seventh Street) to the northeast, Massachusetts Street to the southeast, and Busti Avenue to the west. All of Block 202 is within the footprint of Alternative 1.

The listing of potential sites has been redacted from this document.

## Block 205

Block 205 is bordered by Prospect Avenue to the northeast, Hampshire Street to the southeast, Niagara Street to the southwest, and Block 214 to the northwest. The southwestern corner of Block 205 is within the boundary of Alternative 1; this corner of Block 205 also is located within the boundaries of Alternative 3 (Options 23B-R1 and 23B-R2 only).

The listing of potential sites has been redacted from this document.

## Current Peace Bridge Plaza/Fort Porter

The location of the former Fort Porter corresponds to the current Peace Bridge plaza. The first phase of construction at Fort Porter took place between 1843 and 1847. All early buildings of Fort Porter have been demolished. The second construction episode occurred between 1884 and 1888. The summary of the fort's history is presented in Section 5.6.7.

Construction of the Peace Bridge and its plaza made the destruction of Fort Porter's structures necessary. By the fall of 1925, construction of the Peace Bridge's abutments was under way, and construction of the superstructure began the following spring. Most of Fort Porter's structures had been demolished by the fall of 1925. By that time, the hospital, the guard house, and the small buildings along the Front had been razed. During the construction process, large amounts of earth were moved through stripping, excavation, and filling, and numerous piles of earth and holes were scattered across the grounds. The Quartermaster building was one of the last to be razed (Pierce 1996:5.69-5.73). The castle, however, was preserved due to its rich history. In the spring of 1927 it was moved on skids to Sheridan Terrace.

After World War II, increased traffic made the expansion of the Peace Bridge approach necessary. An additional 3.2 hectares (8 acres) of Front Park was acquired


and Baird Drive was constructed. In 1953 the castle was demolished. In 1955 a new administration building, the U.S. Customs facility, and a warehouse were constructed. Extension of the I-190 north of Porter Avenue in 1960 resulted in the demolition of the last of Fort Porter's buildings, the stables and sheds on the east bank of the Erie Canal (Pierce 1996:6.32-34).

Further discussion of potential archaeological resources has been removed from this document.

### 8.3.2 Potential Cultural Resources Below Street Grade

- **Earlier Forms of Pavement.** As noted in Section 5.2.5, some of the earliest roads in the area were constructed in the late 1790s, and they often followed Indian trails. Niagara Street was surveyed in 1807, cleared in 1809, and made into a road sometime after the War of 1812. Initially, it was muddy and crossed many steep ravines but was soon improved to a corduroy road (i.e., paved with logs).

  From historic maps it is known that, by 1894, Hampshire Street, Massachusetts Street, Rhode Island Street, Vermont Street, the portion of Busti Avenue (Front Avenue) south of Massachusetts Street, and Columbus Parkway (Seventh Street) had smooth pavement. Other streets, including School Street, the portion of Busti Avenue (Front Street) north of Massachusetts Street, and Niagara Street were paved with stone (Brown 1894:27 and 28). By 1915 Niagara Street, Columbus Parkway (Seventh Street), Rhode Island Street, Vermont Street, and the portion of Busti Avenue south of Massachusetts Street were paved with macadam, asphalt, or smooth pavement. The portion of Busti Avenue north of Massachusetts Street remained rough or was paved with stone (Century Atlas Company 1915:27 and 28).

  The roads, as they are today, were designed and surveyed in 1803 and 1807 (see Figure 5-2 and Section 5.2.5). When they were actually cut and later paved, as well as the types of pavement used, is not well documented. Earlier forms of pavement include logs (corduroy), planks, gravel (macadam), stone, brick, etc. It is possible that sections of road within the project area (including Alternatives 1 and 3 [all options]) could have stratified layers of various paving materials potentially going back to dirt trails.

- **Streetcar and Railroad Tracks.** As discussed in Section 5.5.6, the Buffalo and Niagara Falls Railroad had constructed a railroad line from Buffalo to Niagara Falls by 1836. Further discussion of this rail line has been redacted from this document.

- **Early Utilities.** As discussed in Section 5.5.4, Jubilee Water Works constructed a wooden pipeline from the Jubilee Spring to Black Rock. The routes that the log water mains are undocumented.



## 8.4   Historic Sensitivity Assessment:  Alternative 1

Historical research and map analysis indicates that the area of Alternative 1 underwent extensive development in the course of the late 19th to 20th centuries (see Sections 8.2 and 8.3) that resulted in extensive surface alteration.  These ground disturbances included excavation, grading, trenching, etc.  Such types of ground disturbance were likely to have adverse effects on early historical deposits, including:

■   Partial or complete elimination of natural soil deposits in their natural stratigraphic sequence,

■   Partial or complete elimination of archaeological assemblages,

■   Partial or complete liquidation of the relationship between the artifacts and stratigraphy,

■   Lateral or vertical movement of artifacts, and

■   Destruction of archaeological features.

The archaeological remains may include:

■   Historic foundations,

■   Cisterns,

■   Privies,

■   Absorption tile and other features associated with early water closets,

■   Historic middens,

■   Undocumented structures demolished prior to 1874, and

■   Other resources.

Location-specific archaeological resources predicted for Alternative 1 are restricted to those that result from residential and institutional activities.  Other resources that may occur within the footprint of Alternative 1 cannot be precisely located.

Further discussion of potential archaeological resources has been redacted from this document.


ecology and environment, inc.



If extant, these archaeological features and remains can be identified and inventoried by means of archaeological surveys that are specified in the *Standards for Cultural Resources Investigations and the Curation of Archaeological Collections in New York State* (1994) formulated by the New York Archaeological Council and approved by the New York State OPRHP.

In accordance with Section 304 of the National Historic Preservation Act of 1966 (as amended), Tables 8-1 and 8-2, containing site-specific possible archaeological resources associated with historic use of the proposed project area, have been removed for protective purposes (see 36 CFR 800.11 (c)(1), Protection of Historic Properties; Documentation Standards).

## 8.5 Map Analysis: Alternative 3 (Option 13G-R1)

Alternative 3 (Option 13G-R1) is roughly bounded by Hampshire Street to the northeast, Niagara Street to the southeast, and Busti Avenue to the southwest and northwest. It consists of city blocks 184, 185, 201, 202 and a portion of city block 183. The total area of Alternative 3 (Option 13G-R1) is approximately 870,362 square feet (approximately 20 acres, or 8 hectares ). Within the footprint of this alternative are 93 parcels, with a total area of approximatley 5 hectares (approximately 13 acres). The remaining 3 hectares (approximately 7 acres) of the area is within street rights-of-way. There are currently 106 standing structures within the footprint of Alternative 3 (Option 13G-R1).

### 8.5.1 Map Analysis by Block

#### Block 183

Block 183 is bordered by Massachusetts Street to the northeast, Prospect Avenue to the southeast, Rhode Island Street to the southwest, and Niagara Street to the northwest. The central western portion of Block 183 is within the boundary of Alternative 3 (Option 13G-R1) (see Figure 8-2).

The listing of potential sites has been redacted from this document.

#### Block 184

Block 184 is located entirely within the footprint of Alternative 3 (Option 13G-R1) (see Figure 8-2). It is described above in Section 8.3.

#### Block 185

Block 185 is located entirely within the footprint of Alternative 3 (Option 13G-R1). It is described above in Section 8.3.

#### Block 201

Block 201 is completely within the footprint of Alternative 3 (Option 13G-R1) (see Figure 8-2). It is discussed above in Section 8.3.

PBA000926



**Block 202**

Block 202 is located entirely within the footprint of Alternative 3 (Option 13G-R1). It is described above in Section 8.3.

### 8.5.2 Potential Cultural Resources Below Street Grade

Potential cultural resources below street grade, including earlier forms of pavement, streetcar and railroad tracks, and early utilities, are identical to those discussed above in Section 8.3.2.

## 8.6 Historic Sensitivity Assessment: Alternative 3 (Option 13G-R1)

Historical research and map analysis indicates that the area of Alternative 3 (Option 13G-R1) had undergone extensive development in the course of the late 19th to 20th centuries, similar to that described above for Alternative 1 (see Sections 8.2, 8.3, and 8.4), which resulted in extensive surface and subsurface alterations. These ground disturbances included excavation, grading, trenching, etc. Such types of ground disturbance were likely to have had adverse effects on early historical deposits, including:

■ Partial or complete elimination of natural soil deposits in their natural stratigraphic sequence,

■ Partial or complete elimination of archaeological assemblages,

■ Partial or complete liquidation of the relationship between the artifacts and stratigraphy,

■ Lateral or vertical movement of artifacts, and

■ Destruction of archaeological features.

The archaeological remains may include:

■ Historic foundations,

■ Cisterns,

■ Privies,

■ Absorption tile and other features associated with early water closets,

■ Historic middens,

■ Undocumented structures demolished prior to 1874, and



■   Other resources.

Archaeological resources predicted for this alternative are similar to those de-
scribed for Alternative 1.  However, the areal extent of Alternative 3 (Option
13G-R1) is smaller in size and has correspondingly fewer areas with the potential
to contain archaeological resources.

Further discussion of potential archaeological resources has been redacted from
this document.

If extant, these archaeological features and remains can be identified and invento-
ried by means of archaeological surveys that are specified in the *Standards for
Cultural Resources Investigations and the Curation of Archaeological Collections
in New York State* (1994) formulated by the New York Archaeological Council
and approved by the New York State OPRHP.

In accordance with Section 304 of the National Historic Preservation Act of 1966
(as amended), Tables 8-3 and 8-4, containing site-specific possible archaeological
resources associated with historic use of the proposed project area, have been re-
moved for protective purposes (see 36 CFR 800.11 (c)(1), Protection of Historic
Properties; Documentation Standards).

## 8.7   Map Analysis:  Alternative 3 (Option 23B-R1)

Alternative 3 (Option 23B-R1) consists of two locations:  Block 185, which is
bounded by Massachusetts Street to the northeast, Columbus Parkway (Seventh
Street) to the southeast, Rhode Island Street to the southeast, and Busti Avenue to
the northwest; and the corners of Blocks 200, 201, and 205, and the small triangle
at the intersection of Niagara and Hampshire Streets.  The total area of Alternative
3 (Option 23B-R1) is approximately 338,789 square feet (approximately 3
hectares, or 8 acres).  There are 12 parcels within the footprint of this alternative,
with a total area of apprximatley 2 hectares (approximately 5 acres).  The
remaining 1 hectare (approximately 3 acres) of the area is within street rights-of-
way.  There are currently seven standing structures within the footprint of Alterna-
tive 3 (Option 23B-R1).

### 8.7.1  Map Analysis by Block

#### Block 185

Block 185 is located entirely within the footprint of Alternative 3 (Option 23B-
R1).  It is described above in Section 8.3.

#### Block 200

The northwestern corner of Block 200 is located within the footprint of Alterna-
tive 3 (Option 23B-R1).  It is described above in Section 8.3.



**Block 201**

The northwestern end of Block 201 is located within the footprint of Alternative 3 (Option 23B-R1). It is described above in Section 8.3.

**Triangle at Busti Avenue and Hampshire Street**

The small triangle at Busti Avenue and Hampshire Street is located within the footprint of Alternative 3 (Option 23B-R1). It is described above in Section 8.3.

**Block 205**

The southwestern corner of Block 205 is located within the footprint of Alternative 3 (Option 23B-R1). It is described above in Section 8.3.

### 8.7.2 Potential Cultural Resources Below Street Grade

Potential cultural resources below street grade, including earlier forms of pavement, streetcar and railroad tracks, and early utilities, are identical to those discussed above in Section 8.3.2.

## 8.8 Historic Sensitivity Assessment: Alternative 3 (Option 23B-R1)

Historical research and map analysis indicates that the area of the proposed Alternative 3 (Option 23B-R1) had also undergone extensive development in the course of the late 19th to 20th centuries, similar to that described above for Alternative 1 (see Sections 8.2, 8.3, and 8.4), which resulted in extensive surface and subsurface alteration. These ground disturbances included excavation, grading, trenching, etc. Such types of ground disturbance were likely to have had adverse effects on early historical deposits, including:

- Partial or complete elimination of natural soil deposits in their natural stratigraphic sequence,

- Partial or complete elimination of archaeological assemblages,

- Partial or complete liquidation of the relationship between the artifacts and stratigraphy,

- Lateral or vertical movement of artifacts, and

- Destruction of archaeological features.

The archaeological remains may include:

- Historic foundations,

- Cisterns,

PBA000929


■  Privies,

■  Absorption tile and other features associated with early water closets,

■  Historic middens

■  Undocumented structures demolished prior to 1874, and

■  Other resources.

Alternative 3 (Option 23B-R1) offers a limited range of predicted archaeological resources compared to Alternatives 1 and 3 (Option 13G-R1). Furthermore, the areal extent of Alternative 3 (Option 23B-R1) is considerably smaller in size, and has correspondingly fewer areas with the potential to contain archaeological resources.

Further discussion of potential archaeological resources has been redacted from this document.

If extant, these archaeological features and remains can be identified and inventoried by means of archaeological surveys that are specified in the *Standards for Cultural Resources Investigations and the Curation of Archaeological Collections in New York State* (1994) formulated by the New York Archaeological Council and approved by the New York State OPRHP.

In accordance with Section 304 of the National Historic Preservation Act of 1966 (as amended), Tables 8-5 and 8-6, containing site-specific possible archaeological resources associated with historic use of the proposed project area, have been removed for protective purposes (see 36 CFR 800.11 (c)(1), Protection of Historic Properties; Documentation Standards).

## 8.9  Map Analysis:  Alternative 3 (Option 23B-R2)

Alternative 3 (Option 23B-R2) consists of the corners of Blocks 200, 201, and 205, and the small triangle at the intersection of Niagara and Hampshire Streets. The total area of Alternative 3 (Option 23B-R2) is approximately 81,265 square feet (approximately 0.75 hectare, or 2 acres). There are six parcels within the footprint of this alternative, with a total area of approximately 0.4 hectare (approximately 1 acre). The remaining 0.35 hectare (approximately 1 acre) of the area is within street rights-of-way. There are currently five standing structures within the footprint of Alternative 3 (Option 23B-R2).

### 8.9.1  Map Analysis by Block

### Block 200
The northwestern corner of Block 200 is located within the footprint of Alternative 3 (Option 23B-R2). It is described above in Section 8.3.