# Index of Exhibits to Affidavit of Randolph C. Oppenheimer
## (sworn to 9/3/04) in Opposition to Motion to Remand

| Exhibit | Description |
|---|---|
| 1 | 33 U.S.C., Title 33, Chapter 9, §401 et seq. (1899) (Rivers and Harbors Appropriation Act of 1899). |
| 2 | 33 U.S.C., Title 33, Chapter 11, §§491, 493 (1906) (Bridges Over Navigable Waters Act) |
| 3 | Treaty between the United States and Great Britain, "Boundary Waters between the United States and Canada" (1909) |
| 4 | Letters from the Mayor of Buffalo, George Buck, and Commissioner of Public Affairs, Frederick Bagley, and Acting Secretary of War, Benedict Crowell attached to Public Resolution No. 128, 66th Congress, S. 3427, January 30, 1920 |
| 5 | Public Resolution No. 128, 66th Congress, S. 3427, January 30, 1920 |
| 6 | Public Resolution No. 118, 67th Congress, S. 2591, December 28, 1921, attaching letters from Secretary of War, John. W Weeks and Undersecretary, Henry P. Fletcher |
| 7 | Laws of New York, Chapter 379 (1922) |
| 8 | "Assignment of all Rights, Interest and Franchises Granted to Certain Parties by an Act of Congress (1921) to Construct a Bridge or Tunnel across Niagara River," January 16, 1923 |
| 9 | Public Resolution No. 177, 68th Congress, S. 3249, June 3, 1924 |
| 10 | Spear, A.W., The Peace Bridge 1927-1977 (Buffalo and Fort Erie Public Bridge Authority 1977) |
| 11 | Lupfer, Edward, "Peace Bridge Will Link Nations", *New York Times*, October 10, 1926 |
| 12 | Agreement of Consolidation between the Buffalo Company and the Fort Erie Company, June 14, 1924 |
| 13 | Resolution of the Buffalo Company adopting 1925 Merger Agreement with the Fort Erie Company, __, 1925 |
| 14 | *In the Matter of the Application of the Buffalo and Fort Erie Public Bridge Company...*, International Joint Commission, October 6, 1925 |
| 15 | Report of the Dedicating Ceremonies, August __, 1927 |
| 16 | Lehman O.K.'s Refinancing of Peace Bridge," *Buffalo Courier-Express*, April 3, 1933 |
| 17 | "Peace Bridge Legislation Introduced: Senator Williams' Bill Provides Conveyance to New York and Canada," *Buffalo Courier-Express*, April 2, 1933 |
| 18 | Laws of New York, Chapter 824 (1933) |

| 19 | House Joint Resolution 315, 73rd Congress, May 3, 1934 |
|---|---|
| 20 | Statement from Secretary of State Cordell Hull, and joint statement from Harry Yates, member of the Authority and John W. Van Allen, counsel for the Authority attached to House Joint Resolution 315, 73rd Congress, May 3, 1934 |
| 21 | 33 U.S.C., Title 33, Chapter 11, §531 (1946) (General Bridge Act of 1946) |
| 22 | 33 U.S.C., Title 33, Chapter 11, §535 et seq. (1972) (International Bridge Act of 1972) |
| 23 | Executive Order 12847, amending 1968 Order, 58 FR 29511 (May 20, 1993) |
| 24 | Laws of New York, Chapter 870 (1955) |
| 25 | Opinion of New York Attorney General, June 6, 1955 |
| 26 | House Joint Resolution 549, 84th Congress, July 27, 1956 |
| 27 | "Peace Bridge Toll Boost to Finance Port Plans Likely," *Buffalo Courier-Express*, March 14, 1957 |
| 28 | "30-Year Span Pact Extension Asked," *Buffalo Courier-Express*, March 13, 1957 |
| 29 | Laws of New York, Chapter 259 (1957) |
| 30 | Explanatory notes to Laws of New York, Chapter 259 (1957) |
| 31 | "Bill Backs Canada Bridge Pact," *New York Times*, May 23, 1957 |
| 32 | House Joint Resolution 342, 85th Congress, August 14, 1957 |
| 33 | Report of Proceedings of the Senate Foreign Relations Committee, July 23, 1957 |
| 34 | Laws of New York, Chapter 645 (1970) |
| 35 | Laws of New York, Chapter 659 (1965) |
| 36 | Laws of New York, Chapter 161 (1968) |
| 37 | Laws of New York, Chapter 51A (1971) |
| 38 | Laws of New York, Chapter 781 (1985) |
| 39 | Laws of New York, Chapter 612 (1993) |
| 40 | Laws of New York, Chapter 662 (1997) |
| 41 | Laws of New York, Chapter 214 (2004) |
| 42 | Memorandum in Support of Laws of New York, Chapter 662, New York State Senate (1997) |
| 43 | Department of Foreign Affairs and International Trade of the Government of Canada, *Trade and the Economy*, updated August 5, 2004, <http://www.dfait-maeci.gc.ca/can-am/menu-en.asp?mid=1&cat=1029> |